WETMORE v. STROMEYER. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Action by Catherine F. Wetmore against Indiana V. Stromeyer. No opinion. Motion granted, with $10 costs.

WILLIAMS, Respondent, v. CITY OF OSWEGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Rose Williams against the city of Oswego. No opinion. Judgment and order affirmed, with costs.

WINTHROP v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by one Winthrop against the Manhattan Railway Company. No opinion. Motion granted upon defendant giving the stipulations and security prescribed in previous cases. See 45 N. Y. Supp. 515.

WISE et al. v. COHN et al. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by John B. Wise and others against Samuel Cohn and others. No opinion. Motion granted, with $10 costs.

WITTHAUS, Respondent, v. WITTHAUS, Appellant. (Supreme Court, Appellate Division. Second Department. August 2, 1897.) Action by Bly E. F. Witthaus against Rudolph A. Witthaus. No opinion. Order modified by reducing counsel fee to $125, and, as modified, affirmed, without costs.

WOLF, Respondent, v. MENDHAM, Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Andrew Wolf against Louis P. Mendham. H. Nathan, for appellant. L. B. Bunnell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WOODMAN v. KIDD. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Nathaniel H. Woodman against George W. Kidd. No opinion. Upon payment of $10 costs of motion and $10 costs for granting leave to make motion below to open default, motion denied.

WRIGHT v. WEISEL. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by William H. Wright against Rebecca Weisel. No opinion. Motion denied. See 46 N. Y. Supp. 483.

END OF CASES IN VOL. 46.